UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARRINGTON MARTIN,

Plaintiff,

-against-

DOE,

Defendant.

25cv2262 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 20, 2025, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf.

Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 21, 2025
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge